[No. 37347-1-I.   Division One.   February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
SOETAERT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-02487-2, Arthur E. Piehler, J., entered
October 4, 1995. *Reversed* by unpublished per curiam
opinion.

[No. 37390-1-I.   Division One.   February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JIOYEN
SAETERN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02620-2, Sally Phillips Pasette, J.,
entered September 11, 1995. *Dismissed* by unpublished
per curiam opinion.

[No. 37472-9-I.   Division One.   February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EMANUEL
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07630-9, Richard A. Jones, J., entered
August 9, 1995. *Affirmed* by unpublished opinion per
Baker, C.J., concurred in by Becker and Ellington, JJ.